IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAYMOND WRIGHT,                  No. 2:02-cv-0906-MCE-PAN-P

       Petitioner,

  v.                                    ORDER

J. HAMLET, WARDEN,

       Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On November 17, 2005, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1  Neither party has filed Objections to the Findings and
2  Recommendations.
3      The Court has reviewed the file and finds the Findings and
4  Recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7      1.  The Findings and Recommendations filed November 17,
8  2005, are adopted in full; and
9      2. This action be dismissed without prejudice for
10 plaintiff's failure to inform the Court of his new address.  L.R.
11 83-183(b).
12 DATED: December 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2